U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 22 A 10:47

CLERK
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| IN RE:<br>NONJUDICIAL CIVIL FORFEITURE<br>PROCEEDING | ) | Misc. No.: 2:26-mc-00067 |

**ORDER EXTENDING TIME TO FILE FORFEITURE COMPLAINT**
**AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through November 20, 2026, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the Drug Enforcement Administration ("DEA") initiated nonjudicial civil forfeiture proceedings and to which Mark Brown asserts an interest, to wit, the following property (collectively, the "Subject Property"):

a) $5,845.00, more or less, in U.S. currency

and the United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(1)(A), the DEA provided written notice of its intent to forfeit the Subject Property to all known interested parties;
2. On or about February 23, 2026, the DEA received from Mark Brown a corrected claim form that identifies Mark Brown as a claimant asserting an interest in the Subject Property;
3. No other person has filed a claim to the Subject Property or asserted any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;
4. Mark Brown, through counsel, does not stipulate to the relief requested by the United States, to wit, an order extending, to and through November 20, 2026, the time in which

the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

5. The United States seeks this fourth extension of time to allow the United States to further assess the Subject Property and Mark Billy Brown's claim thereto as to the government continues its investigation, as well for the additional reasons stated in the government's application; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, for good cause shown, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through November 19, 2026.

Dated at Burlington, in the District of Vermont, this 22nd day of October, 2026.

HONORABLE CHRISTINA REISS
Chief United States District Judge